UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DELBERT LESLIE MILLER, | No. C 11-5625 RS (PR) |
| Petitioner, | **ORDER OF DISMISSAL** |
| v. | |
| W.J. SULLIVAN, Warden, | |
| Respondent. | |

This is a federal habeas corpus action filed by a *pro se* state prisoner pursuant to 28 U.S.C. § 2254.  Mail sent by the Court to petitioner was returned as undeliverable more than 60 days ago.  Accordingly, the petition is hereby dismissed for petitioner's failure to keep the Court apprised of his current address pursuant to Civil Local Rule 3-11(b) and for failure to prosecute this matter pursuant to Fed. R. Civ. P. 41(b).  Respondent's motion for leave to file excess pages (Docket No. 8) is DENIED as moot.  The Clerk shall enter judgment in favor of respondent, terminate Docket No. 8, and close the file.

**IT IS SO ORDERED**.

DATED: June 7, 2012

      RICHARD SEEBORG
United States District Judge